DANIEL ROSECRANCE and another, Appellants, *v.* MARCUS HOLLISTER and another, Respondents.

Appeal from a judgment in favor of the defendants, entered upon a report of a referee.

Gilbert, J., says:

" The question was one of fact, and there was abundant evidence to sustain the referee's findings."

*Geo. Bowen,* for the appellants.

*William Tyrrell,* for the respondents.

Opinion by Gilbert, J.

Judgment affirmed.

---

DANIEL H. MURPHY, Appellant, *v.* EDWARD C. MURPHY and another, Respondents.

Appeal from a judgment, entered in favor of the defendant, on the report of a referee. The court was of opinion that the circumstances raised a question of fact only, which it was the exclusive province of the referee to decide.

*P. L. Ely,* for the appellant.

*D. Millar,* for the respondents.

Opinion by Gilbert, J.

Judgment affirmed, with costs.